AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| E.F. HUTTON & CO. SERIES IP, LLC and <br> E.F. HUTTON & CO. LLC <br><br><br> *Plaintiff(s)* <br> v. <br> E F HUTTON REALTY CORPORATION, <br> E.F. HUTTON MORTGAGE CORPORATION, <br> E.F. HUTTON CORPORATION and <br> E.F. HUTTON REALTY COMMERCIAL CORP., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  26-CV-24270 MARTINEZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E.F. HUTTON CORPORATION
c/o its Registered Agent Olga Diaz
2250 SW 3rd Avenue
Suite 500
Miamil, FL 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Beth-Ann E. Krimsky, Esq.
Greenspoon Marder, LLP
200 E. Broward Blvd., Suite. 1800
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  06/18/2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▾

|  |  |
|---|---|
| E.F. HUTTON & CO. SERIES IP, LLC and<br>E.F. HUTTON & CO. LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>E F HUTTON REALTY CORPORATION,<br>E.F. HUTTON MORTGAGE CORPORATION,<br>E.F. HUTTON CORPORATION and<br>E.F. HUTTON REALTY COMMERCIAL CORP.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  **26-CV-24270 MARTINEZ**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E.F. HUTTON REALTY COMMERCIAL CORP
c/o its Registered Agent Michael Abbassi
2250 SW 3rd Avenue
Suite 500
Miamil, FL 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Beth-Ann E. Krimsky, Esq.
Greenspoon Marder, LLP
200 E. Broward Blvd., Suite. 1800
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 06/18/2026 _____



**SUMMONS**

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▼

| | |
|---|---|
| E.F. HUTTON & CO. SERIES IP, LLC and<br>E.F. HUTTON & CO. LLC<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>E F HUTTON REALTY CORPORATION,<br>E.F. HUTTON MORTGAGE CORPORATION,<br>E.F. HUTTON CORPORATION and<br>E.F. HUTTON REALTY COMMERCIAL CORP.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No.   26-CV-24270 MARTINEZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   E.F. HUTTON MORTGAGE CORPORATION
c/o its Registered Agent Michael Abbassi
2250 SW 3rd Avenue
Suite 500
Miamil, FL 33129


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Beth-Ann E. Krimsky, Esq.
Greenspoon Marder, LLP
200 E. Broward Blvd., Suite. 1800
Fort Lauderdale, FL 33301


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   06/18/2026



**SUMMONS**

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| E.F. HUTTON & CO. SERIES IP, LLC and<br>E.F. HUTTON & CO. LLC<br><br>*Plaintiff(s)*<br>v.<br>E F HUTTON REALTY CORPORATION,<br>E.F. HUTTON MORTGAGE CORPORATION,<br>E.F. HUTTON CORPORATION and<br>E.F. HUTTON REALTY COMMERCIAL CORP.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   26-CV-24270 MARTINEZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   E F HUTTON REALTY CORPORATION
c/o its Registered Agent Michael Abbassi
2250 SW 3rd Avenue
Suite 500
Miamil, FL 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Beth-Ann E. Krimsky, Esq.
Greenspoon Marder, LLP
200 E. Broward Blvd., Suite. 1800
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:       06/18/2026



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court